**Order entered November 9, 2018**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-00901-CV

### IN THE INTEREST OF M.M., A CHILD

**On Appeal from the County Court At Law No. 1**
**Kaufman County, Texas**
**Trial Court Cause No. 97410CC**

## ORDER

Before the Court is appellant's November 5, 2018 motion for extension to of time to file brief. We **GRANT** appellant's motion and **ORDER** the brief received on November 5, 2018 filed as of the date of this order.

Appellee's brief is due by November 27, 2018.

/s/    DAVID EVANS
        JUSTICE